# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN MARSHALL and CHRISTIN MARSHALL aka CHRISTIN LA RUE,<br><br>Defendants. | No. 2:17-cv-134<br><br>ORDER OF DISMISSAL |

The parties having stipulated for dismissal without prejudice, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED that the above-entitled matter be, and the same is hereby dismissed without prejudice and without costs.

DONE IN OPEN COURT this 22 day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS
WITHOUT PREJUDICE- 1

FOGARTY LAW GROUP PLLC
705 Second Avenue, Suite 1050
Seattle, Washington 98104-1759
P: 206.826.9400  F: 206.826.9405

AGREED:

s/Paul E. Fogarty
Paul E. Fogarty, WSBA No. 26929
FOGARTY LAW GROUP PLLC
Counsel for Plaintiff


s/T. Jeffery Keane
T. Jeffrey Keane, WSBA No. 8465
KEANE LAW OFFICES
Counsel for Defendant Allen Marshall


s/Jo-Hanna Read
Jo-Hanna Read, WSBA No. 6938
LAW OFFICE OF JO-HANNA READ
Counsel for Defendant Christin Marshall

STIPULATED MOTION TO DISMISS
WITHOUT PREJUDICE- 2